UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRENDA ROSE,<br><br>    Plaintiff,<br><br>v.<br><br>ALLIED INTERSTATE, LLC,<br><br>    Defendant. | CASE NO.: 4:19-cv-02263<br><br><br>Honorable Judge Lee H. Rosenthal |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND
DEADLINE TO REINSTATE CASE**

**NOW COMES** Brenda Rose ("Plaintiff"), by and through her counsel, Sulaiman Law Group, Ltd., moving this Honorable Court to extend the deadline to reinstate case, and in support thereof, stating as follows:

1. On September 6, 2019, Plaintiff and Allied Interstate, LLC ("Defendant") reached settlement and filed a Notice of Settlement with this Honorable Court [Dkt. 14].

2. On September 9, 2019, this Court entered an Order of Dismissal without prejudice, to reinstate by October 9, 2019 [Dkt. 15].

3. The undersigned counsel certifies that he has conferred with Defendant's counsel about the extension of time, and Defendant has no objection.

4. The parties, however, remain in the process of meeting the condition set forth in the settlement agreement, and require an additional 60 days to complete the process.

**WHEREFORE**, Plaintiff respectfully requests the Court to enter an order extending date to submit dismissal documents to December 8, 2019, and grant such other relief as the Court deems appropriate.

Dated: October 9, 2019

                                                 Respectfully submitted,

                                                 /s/ Marwan R. Daher
                                                 Marwan R. Daher
                                                 *Counsel for Plaintiff*
                                                 Sulaiman Law Group, LTD
                                                 2500 S. Highland Ave., Ste. 200
                                                 Lombard, IL 60137
                                                 Phone (630)575-8181
                                                 Fax: (630)575-8188

## CERTIFICATE OF SERVICE

I, Marwan R. Daher, an attorney, certify that on October 9, 2019, I caused the foregoing **PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE TO REINSTATE CASE** to be served upon counsel of record through operation of the Court's Case Management/Electronic Case File (CM/ECF) system.

                                                 /s/ Marwan R. Daher